JAMES FORSYTH, Appellant, *v.* JOHN C. GAUNTLETT, Individually and as Trustee for MARY C. GAUNTLETT et al., Respondent, Impleaded with Others.

*Forsyth* v. *Gauntlett,* 79 App. Div. 642, affirmed.
(Argued March 30, 1904; decided April 26. 1904.)

·APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 9, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*M. S. Lynch* for appellant.

*William Nelson Noble* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

MOSES TANENBAUM, Respondent, *v.* SAMUEL EISEMAN et al., Appellants.

MOSES TANENBAUM, Respondent, *v.* ABRAHAM LEVY et al., Appellants.

*Tanenbaum* v. *Eiseman,* 83 App. Div. 639, affirmed; *Tanenbaum* v *Levy,* 83 App. Div. 319, affirmed.
(Argued March 30, 1904; decided April 26, 1904.)

APPEAL from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1903, modifying and affirming as modified judgments in favor of plaintiff entered upon verdicts directed by the court and affirming orders denying motions for new trials.

*A. Blumenstiel* for appellants.

*Ernest Hall* and *Mayer L. Halff* for respondent.

Judgments affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.